IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:20CR00734 MTS |
| | ) |
| CARLOS JONES, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S SENTENCING MEMORANDUM**

Carlos Jones is a fifty-one year old man before the court after pleading guilty to one count of being a Felon in Possession of a Firearm. The guidelines in this case call for a sentence of 37-47 months. Based on the sentencing factors outlined in 18 U.S.C. § 3553 (a) factors discussed in the Presentence Investigation Report and this sentencing memorandum, we are requesting a downward variance and a sentence of 24 months to be followed by a term of supervised release.

Carlos Jones was born and raised in St. Louis. Carlos was close with his family. While his parents were not married, he enjoyed relationships with both. He remembers, however, spending most of his time with his grandparents as a child due to his parents work. He continued these relationships until their death which affected him and his mental health. After their deaths, he was hospitalized multiple times for visual hallucinations involving his grandparents. He was stabilized and given medication to treat his illness. He is currently very close with his mother, Elizabeth, with whom he resides. His mother suffers from various physical ailments and Carlos helps her with daily tasks. Upon his release, Carlos is anxious to return home to assist his mother.

For Carlos, contact with the criminal justice system started at age of 17. While this is fourth felony conviction, one of his prior convictions resulted in probation which Carlos completed. His last felony offense occurred in 2013, over 8 years ago. Within his criminal history, many of his priors are for misdemeanor offenses and appear to be linked to Carlos' long history of substance abuse combined with his untreated mental health issues. Carlos began using alcohol, marijuana, and PCP at the age of 14 and has had a lifelong struggle with these substances. While he has had some treatment that was successful, Carlos continues to struggle with his addiction using these drugs up to the time of his arrest. In the instant offense, Carlos was observed by the police as being unresponsive and sluggish when the approached him.

Additionally, Carlos has had many hospitalizations for his psychiatric issues which continue to be a struggle to stabilize. As with many individuals, these two diseases of substance abuse and mental illness are intertwined. His struggle with substance abuse complicates his mental health. Many addicts use controlled substances to self-medicate against their symptoms of mental illness. Carlos would benefit from any programs available to him within the Bureau of Prisons and upon his release with the United States Probation Office for the Eastern District of Missouri that would address these diseases.

Like many individuals that come before the court, Carlos' prior experience as a gunshot victim, and the unsafe neighborhood in which he resides, Carlos chose to have a weapon on him for protection. As a result of his previous gunshot injuries, Carlos continues to suffer from the physical effects of his wounds. After being hospitalized for months to recover, he had to learn how to walk again. He continues suffers from neuropathy in his left leg and left hand which makes his vulnerable to others on the street. He also suffers from diabetes, high blood pressure, and high cholesterol which make him high risk for complications from these diseases as well as being at risk for complications from COVID-19 if he were to contract the virus while incarcerated.

In calculating the guidelines for this offense, the guidelines take into account the nature of the firearm and Mr. Jones' prior criminal history when determined the base offense level.   In this case, the base offense level was calculated to be 20 as the gun found had an extended magazine capable of holding 16 cartridges.   Pursuant to USSG§ 2K2.1, Application Note 2, an extended magazine is found when the magazine is capable of holding anything over 15 cartridges.   This means that an extended magazine capable of holding 16, 25, 50, or 100 cartridges are all treated the same.   As such, this part of the instant offense increased Mr. Jones' base offense level by 6 levels and his guideline range by approximately 16 months.  Equity requires the court take this into consideration when determining the appropriate sentence.  A magazine that can hold one cartridge over the definition of an extended magazine should not be treated the same as a magazine that holds 50 or 100 cartridges.  In the instant offense, while the gun magazine could hold 16 cartridges, only 4 cartridges were found with his gun.

Mr. Jones realizes the gravity of his conduct.  He knows he will be punished for his involvement in this matter.  He is concerned for his health and the health of his mother.   He knows he has to seriously address his substance abuse and mental health in order to be successful upon his return to the community.  He asks for the opportunity to show the court he wants to make changes to stay away from the criminal justice system upon his release.  Based on the characteristics of the instant offense and the 3553(a) factors contained within the Presentence Investigation Report and this sentencing memorandum, we request a downward variance in this case and a sentence of 24 months to be followed by a term of supervised release.  Such a sentence will provide just punishment, protect the public, provide adequate deterrence and promote respect for the law.

Respectfully submitted,

/s/  Tara Crane_____
TARA CRANE #52206 MO

Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Tara_Crane@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon J. Christian Goeke, Assistant United States Attorney.

/s/ *Tara Crane*___
TARA CRANE
Assistant Federal Public Defender